# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JUAN TAVERAS, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Civil No.  06-07-B-S |
| | ) Criminal No. 03-02-B-S |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 7) filed May 12, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that Plaintiff's 28 U.S.C. § 2255 relief motion (Docket No. 1) is DENIED.  The United States' Motion to Dismiss (Docket No. 6) is GRANTED.

      /s/ George Z. Singal
      Chief United States District Judge

Dated this 1st day of June, 2006.